1  BO BRYAN JIN (SBN 278990)
   bryan.jin@stblaw.com
2  JONATHAN C. SANDERS (SBN 228785)
   jsanders@stblaw.com
3  SIMPSON THACHER & BARTLETT LLP
   2475 Hanover Street
4  Palo Alto, CA  94304
   Telephone: 650-251-5000
5  Facsimile: 650-251-5002

6

7  *Counsel for Defendants Alibaba Group Holding Limited, Alibaba Group (US) Inc., Alibaba Cloud US LLC, Alibaba.com, US LLC,*
8  *Alibaba.com US Ecommerce Corp.*

9

10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BWB CO., LTD, a Japan limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>ALIBABA GROUP HOLDING LIMITED, a Cayman Islands company, ALIBABA GROUP (US) INC., a Delaware company, ALIBABA CLOUD US LLC, a Delaware limited liability company, ALIBABA.COM US LLC, a Delaware limited liability company, ALIBABA.COM US ECOMMERCE CORP., a Delaware company,<br><br>　　　　　　　Defendants. | Case No. 23-cv-5917-JD<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ALIBABA GROUP HOLDING LIMITED, ALIBABA GROUP (US) INC., ALIBABA CLOUD US LLC, ALIBABA.COM US LLC, AND ALIBABA.COM US ECOMMERCE CORP.** |

1   Pursuant to Rue 7.1 of the Federal Rules of Civil Procedure, Defendants Alibaba Group
2   Holding Limited ("AGHL"), Alibaba Group (US) Limited, Alibaba Cloud US LLC, Alibaba.com
3   US LLC, and Alibaba.com US Ecommerce Corp. (collectively, "Defendants"), by their
4   undersigned counsel, state as follows:
5   Defendant AGHL, a publicly held corporation, is the ultimate parent company of Alibaba
6   Group (US) Limited, Alibaba Cloud US LLC, Alibaba.com US LLC, and Alibaba.com US
7   Ecommerce Corp.  As of July 12, 2023, SoftBank Group Corp., a publicly traded company,
8   beneficially owns 10 percent or more of Alibaba Group Holding Limited's stock.  According to
9   public disclosures by SoftBank, it has entered into forward contracts using AGHL's stock.
10  Dated: January 26, 2024

SIMPSON THACHER & BARTLETT LLP

By  /s/ Bo Bryan Jin
BO BRYAN JIN (SBN 278990)
bryan.jin@stblaw.com
JONATHAN C. SANDERS (SBN 228785)
jsanders@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA  94304
Telephone: 650-251-5000
Facsimile: 650-251-5002