BO BRYAN JIN (SBN 278990)
bryan.jin@stblaw.com
JONATHAN C. SANDERS (SBN 228785)
jsanders@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: 650-251-5000
Facsimile: 650-251-5002

*Counsel for Defendants Alibaba Group Holding
 Limited, Alibaba Group (US) Inc., Alibaba
Cloud US LLC, Alibaba.com, US LLC, and
Alibaba.com US Ecommerce Corp.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BWB CO., LTD, a Japan limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ALIBABA GROUP HOLDING LIMITED, a Cayman Islands company, ALIBABA GROUP (US) INC., a Delaware company, ALIBABA CLOUD US LLC, a Delaware limited liability company, ALIBABA.COM US LLC, a Delaware limited liability company, ALIBABA.COM US ECOMMERCE CORP., a Delaware company, <br><br> Defendants. | Case No. 23-cv-5917-JD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** <br><br> Date: March 7, 2024 <br> Time: 10:30 a.m. <br> Judge: Hon. James Donato <br> Courtroom: 11 |

1       Before the Court is Defendants Alibaba Group Holding  Limited ("AGHL"), Alibaba

2  Group (US) Inc., Alibaba Cloud US LLC, Alibaba.com, US LLC, and Alibaba.com US

3  Ecommerce Corp.'s ("Ecommerce" and, collectively, "Defendants'") Motion to Dismiss

4  Plaintiff's Complaint for Patent Infringement (the "Motion").

5       The Court, having considered the Motion, the parties' submissions in support of and in

6  opposition thereto, and the arguments of counsel, and for good cause shown, the Motion is

7  GRANTED:

8       (1)  All of the asserted claims of the four patents-in-suit are invalid under 35 U.S.C. § 101

9  for failing to claim patent-eligible subject matter;

10      (2)  Plaintiff fails to allege facts raising a plausible inference of infringement of any of the

11  asserted claims;

12      (3) Plaintiff fails to allege facts raising a plausible inference of personal jurisdiction with

13  respect to AGHL and Ecommerce; and

14      (4) Plaintiff fails to allege facts raising a plausible inference of willful infringement.

15      The Court HEREBY ORDERS that Defendants' Motion to Dismiss Plaintiff's Complaint

16  for Patent Infringement is GRANTED with prejudice.

17      IT IS SO ORDERED.

18  Dated:_____, 2024.

19                      _____

                           The Honorable James J. Donato

20                      United States District Judge

21

22

23

24

25

26

27

28

[Proposed] Order Granting Defs. Motion to Dismiss Plaintiff's Complaint      Case No. 23-CV-5917-JD

1