BO BRYAN JIN (SBN 278990)
bryan.jin@stblaw.com
JONATHAN C. SANDERS (SBN 228785)
jsanders@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone:   (650) 251-5000
Facsimile:    (650) 251-5002

*Counsel for Defendants Alibaba Group Holding Limited, Alibaba Group (US) Inc., Alibaba Cloud US LLC, Alibaba.Com, and US LLC, Alibaba.Com US Ecommerce Corp.*

Michael A. DiNardo, Esq. 216991
mdinardo@yklaw.us
Iain A. Hill, Esq. 336825
ihill@yklaw.us
YK LAW, LLP
445 S. Figueroa St. Suite 2280
Los Angeles, CA 90071
Phone: 213-401-0970 x1008

*Counsel for Plaintiff BWB Co., Ltd*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BWB CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA GROUP HOLDING LIMITED, a Cayman Islands company, ALIBABA GROUP (US) INC., a Delaware company, ALIBABA CLOUD US LLC, a Delaware limited liability company, ALIBABA.COM US LLC, a Delaware limited liability company, ALIBABA.COM US ECOMMERCE CORP., a Delaware company,<br><br>Defendants. | CASE No. 3:23-cv-05917-JD<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed: November 15, 2023 |

1    Plaintiff BWB Co., Ltd and Defendants Alibaba Group Holding Limited, Alibaba
2  Group (US) Inc., Alibaba Cloud US LLC, Alibaba.Com, US LLC, and Alibaba.Com US
3  Ecommerce Corp. (collectively, "Defendants") hereby stipulate and agree as follows:
4    **WHEREAS**, on November 15, 2023, Plaintiff filed a Complaint for Patent
5  Infringement against Defendants;
6    **WHEREAS**, on January 26, 2024, Defendants filed a motion to dismiss the Complaint
7  (the "Motion");
8    **WHEREAS**, the initial case management conference in this action is currently
9  scheduled for February 15, 2024;
10   **WHEREAS**, the Motion is currently scheduled to be heard on March 7, 2024;
11   **WHEREAS**, the parties believe good cause exists to briefly continue the initial case
12 management conference because the pending Motion may affect certain deadlines tied to the
13 initial case management conference, such as initial infringement contentions and invalidity
14 contentions;
15   **NOW, THEREFORE**, subject to the approval and convenience of the Court, the
16 parties stipulate and agree as follows:
17   The initial case management conference shall be extended from February 15, 2024 to 21
18 days after any decision on the Motion.
19   By entering into this stipulation, the parties do not waive, but rather expressly reserve,
20 all rights and defenses they may have in this action, including, without limitation, personal and
21 subject matter jurisdiction defenses.
22   It is so stipulated:
23
24   DATED: February 2, 2024       By: */s/ Bo Bryan Jin*
                                   SIMPSON THACHER & BARTLETT LLP
25                                 Bo Bryan Jin (SBN 278990)
                                   bryan.jin@stblaw.com
26                                 Jonathan C. Sanders (SBN 228785)
                                   jsanders@stblaw.com
27                                 2475 Hanover Street
                                   Palo Alto, CA 94304
28                                 Telephone: (650) 251-5065

Facsimile: (650) 251-5002

*Counsel for Defendants Alibaba Group Holding Limited, Alibaba Group (US) Inc., Alibaba Cloud US LLC, Alibaba.com US LLC, and Alibaba.com US Ecommerce Corp.*

DATED: February 2, 2024

By: */s/ Michael A. DiNardo*
YK LAW, LLP
Michael A. DiNardo, Esq. 216991
Iain A. Hill, Esq. 336825
445 S. Figueroa St. Suite 2280
Los Angeles, CA 90071
Phone: 213-401-0970 x1008
Email: mdinardo@yklaw.us

*Counsel for Plaintiff BWB Co., Ltd.*

# ORDER

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that the case management conference currently scheduled for February 15, 2024 shall be continued to 21 days after a ruling on Defendants' pending motion to dismiss [Dkt. No. 25].

DATED: February _____, 2024

_____
Honorable James Donato
United States District Judge

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

DATED: February 2, 2024

By: */s/ Bo Bryan Jin*
SIMPSON THACHER & BARTLETT LLP
Bo Bryan Jin (SBN 278990)
bryan.jin@stblaw.com
Jonathan C. Sanders (SBN 228785)
jsanders@stblaw.com
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5065
Facsimile: (650) 251-5002

*Counsel for Defendants Alibaba Group Holding Limited, Alibaba Group (US) Inc., Alibaba Cloud US LLC, Alibaba.com US LLC, and Alibaba.com US Ecommerce Corp.*